UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANDREA WEST, | Case No. 3:10-cv-284 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| BRADLEY HILTON, *et al.*, | |
| Defendants. | |

## ORDER DISMISSING CROSS-CLAIMS AGAINST ISSAC AJAK AND DIAMOND CAB COMPANY WITHOUT PREJUDICE FOR FAILURE OF SERVICE

This case is before the Court on the cross-claims asserted by Defendants Bradley Hilton, Drive Logistics, LTD, CIT Financial and GTA Trailer Rental ("Defendants") against Issac Ajak ("Ajak") and Diamond Cab Company ("Diamond Cab"). The court previously dismissed Plaintiff's claims against Ajak and Diamond Cab without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure of service on July 15, 2011. (Doc. 20).

In dismissing Plaintiff's claims against Ajak and Diamond Cab, the Court informed Defendants of their failure to serve their cross-claims on Ajak and Diamond Cab and ordered Defendants to serve the cross-claims within 15 days or they would be dismissed pursuant to Rule 4(m). (Doc. 20). A review of the docket evidences no service of the cross-claims. Accordingly, the cross-claims against Issac Ajak and Diamond Cab (Doc. 13) are **DISMISSED**, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

Date: 8/16/11

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge