UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANDREA WEST,**                       **Case No.**    **3:10-CV-284**

    Plaintiff,

                                          **Judge Timothy S. Black**

**-vs-**

**BRADLEY HILTON,** *et al.***,**

    Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

     **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

     **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 82) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: December 21, 2012                          **JOHN P. HEHMAN, CLERK**

                                                           By: *s/ M. Rogers*
                                                            Deputy Clerk