# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ANDREA WEST,**

    Plaintiff,

**-vs-**

**BRADLEY HILTON,** *et al.***,**

    Defendants.

Case No.   3:10-CV-284

**Judge Timothy S. Black**

_____

### JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 82) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: December 21, 2012                             **JOHN P. HEHMAN, CLERK**

                                                                By: *s/ M. Rogers*
                                                                 Deputy Clerk